HENRY BERKOWITZ v. LOUIS KATZENBERG.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LOUIS SCHAER v. HYMAN RESSLER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CITZENDANNER-MULLER COMPANY v. HOME PATTERN COMPANY.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HENRY KRAKOWER, as Administrator, etc., v. WARNOCK UNIFORM COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

WINTER GARDEN COMPANY v. DELL'S, INC.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LOUIS LIPPEL and Others v. MAX FEDER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JACOB G. COHEN v. MORRIS WOLGEL.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SAMUEL GROSSMAN, as Administrator, etc., v. JOHN C. SIMMONDS & COMPANY, INC., and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

TENENT, INC., v. HARRY BRINN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SIMEON KESSLER v. ADOLPH SCHWARTZ.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THOMAS I. CRANE and Others v. EDWARD H. LITCHFIELD.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

WILLIAM H. WHITING and Others v. JOHN S. MILLER.— Motion for leave to appeal granted; motion for reargument denied. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ERMINIE MULLANEY and Others v. CENTURY STEEL COMPANY OF AMERICA, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of PIERS OLD Nos. 8, 9, 10 and 11, N. R.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.